UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL J. HOWELL,

    Plaintiff(s),

vs                                                    Case No: 15-12542
                                                   Honorable Victoria A. Roberts

PORTFOLIO RECOVERY ASSOCIATES LLC,

    Defendant(s),
_____/

## ORDER OF DISMISSAL

The parties advised the Court that they have amicably resolved their differences. Accordingly,

IT IS ORDERED that this case is dismissed. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: 9/23/2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on 9/23/2015

S/ Carol A. Pinegar
Deputy Clerk